UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Brent Ganger, *as Trustee for the Next of Kin of Renee Nicole Macklin Good*, *Deceased*, and Rebecca Good,

Plaintiffs,

v.

United States of America,

Defendant.

Case No. 26-cv-4230 (JMB/DLM)

**NOTICE OF APPEARANCE**

---

The undersigned attorney hereby notifies the Court and counsel that Charlotte L. Colantti shall appear as counsel of record for Plaintiffs Brent Ganger, *as Trustee for the Next of Kin of Renee Nicole Macklin Good*, *Deceased*, and Rebecca Good in this case.

Respectfully submitted,

October 3, 2026

*s/ Charlotte L. Colantti*
Charlotte L. Colantti (#0506801)
RIACH LAW, PLLC
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone: 651.964.9696
charlotte@riachlaw.com
*ATTORNEY FOR PLAINTIFFS*